

## NUMBER 13-09-00636-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

### IN RE: TERRIANCE JONES

### On Petition for Writ of Mandamus.

## DISSENTING MEMORANDUM OPINION

**Before Justices Yañez, Benavides, and Vela**
**Dissenting Memorandum Opinion by Justice Yañez**

On November 23, 2009, relator Terriance Jones filed a petition for writ of mandamus, in which he requested this Court to compel the respondent, the Honorable Nelva Gonzales Ramos, presiding judge of the 347th District Court of Nueces County, to rule on his motion for Exemption from Sex Offender Registration,[1] filed in August 2009 in trial court cause number 97-CR-1330-H.[2]

---

[1] *See* TEX. CODE CRIM. PROC. ANN. art. 62.301 (Vernon 2006).

[2] Although relator's motion is not file-stamped, it is dated August 18, 2009 and an envelope addressed to the Nueces County District Clerk's office is dated August 19, 2009.

Pursuant to a request from this Court, on January 6, 2010, the State, by and through the District Attorney's office, filed a response to relator's petition. In its response, the State asserts that under article 62.301 of the code of criminal procedure,[3] "the trial court has no mandatory ministerial duty even to consider the petition."

Because I reject the State's interpretation of the statute, I would have requested a response from the respondent, thereby providing the trial court with an opportunity to explain why it has failed to rule on relator's petition. Accordingly, I respectfully dissent from the panel's denial of relator's petition.

Linda R. Yañez
Justice

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed
the 2nd day of February, 2010.

---

[3] *See* TEX. CODE CRIM. PROC. ANN. art. 62.301.